# UNITED STATES DISTRICT COURT
## PROOF OF SERVICE

District of Colorado

U.S. District Court

Civil Action Number: 1:16-cv-02086 WYD     Court Date:

**CAROL TAVERNIER**

AUG 2 5 2016

Plaintiff,

v.

**COLORADO STATE BOARD OF NURSING, a public entity, WENDY COLON, MATTHEW FOGEL, KRISTINE REUSS, THERESA CURE, AMY STORM, JOE NEGUSE, in their official capacity**
Defendant(s).

For:
Donna Dell'Olio, Attorney at Law
CORNISH & DELL'OLIO, P.C.
431 N. CASCADE AVE., Suite 1
Colorado Springs, CO 80903

Received by **DIRECT PROCESS SERVICE, Ltd.** to be served on **COLORADO STATE BOARD OF NURSING-PRINCIPLE OFFICER, 1560 BROADWAY #1530, DENVER CO 80202.**

I, **ROBERT F. PROCTOR**, being duly sworn, depose and say that on the 24th day of AUGUST, 2016 at 11:03 am, I:

served an **AUTHORIZED ENTITY** delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF ELECTRONIC FILING CASE REASSIGNMENT** with the date and hour of service endorsed thereon by me, to: **JOE NEGUSE, as EXECUTIVE DIRECTOR-COLORADO DEPARTMENT OF REGULATORY AGENCIES/AUTHORIZED DESIGNEE** at the address of: , 1560 BROADWAY #1530, DENVER CO 80202 who stated they are authorized to accept service for **PRINCIPLE OFFICER OF THE BOARD OF NURSING** and informed said person of the contents therein, in compliance with state statues.

**Additional Information:**

**Description of Person Served:** Age: 39, Sex: M, Race/Skin: Black, Height: 5'9", Weight: 160, Hair/Eye: Brn/Brn, Glasses: Y.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

(STATE OF COLORADO  )
(                                       ) SS
(COUNTY OF EL PASO  )

ISABEL GARZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID: 20044033600
MY COMISSION EXPIRES ON 09/20/2116

**ROBERT F. PROCTOR**
Process Server

Subscribed And Sworn To Before Me On the 25th day Of AUGUST, 2016 By The Affiant Who is Personally Known To Me.

Notary Public

My Commission Expires: 9-20-2116

DIRECT PROCESS SERVICE, Ltd.
4164 AUSTIN BLUFFS PKWY. #247
COLORADO SPRINGS, CO 80918
(719) 464-9968

BPR-20160823T-SBN
Service Fee: $55.00