IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02086-WYD-MEH

CAROL TAVERNIER,

    Plaintiff,

v.

COLORADO STATE BOARD OF NURSING,
a public entity,
WENDY COLON, in her official capacity,
MATTHEW FOGEL, in his official capacity,
KIRSTINE REUSS, in her official capacity,
THERESA CURE, in her official capacity,
AMY STORM, in her official capacity,
JOE NEGUSE, in his official capacity,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    Senior Assistant Attorney General Amy Colony, hereby enters her appearance on behalf of the Defendants Colorado State Board of Nursing, Wendy Colon, Matthew Fogel, Kristine Reuss, Theresa Cure, Amy Storm, and Joe Neguse in the above captioned matter. All pleadings, correspondence, notices and other documents should be sent to undersigned counsel at the address specified.

                  CYNTHIA H. COFFMAN
                  Attorney General

                  *s/Amy Colony*
                  AMY COLONY*
                  Senior Assistant Attorney General
                  Tort Litigation
                  Civil Litigation and Employment Law
                    Section

Attorneys for Defendant
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6615
FAX: 720-508-6032
E-Mail: amy.colony@coag.gov
*Counsel of Record

CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2016, I served a true and correct copy of the foregoing Notice of Entry of Appearance by filing through ECF, the official electronic court filing system, which provided notice to the parties, as specified below:

Donna Dell'Olio
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Suite 1
Colorado Springs, CO 80903
ddellolio@cornishanddellolio.com
eabramson@cornishanddellolio.com

*Mary A. Brown*
_____